# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[*This form is for prisoners to sue for civil rights violations.* *NEATLY print in ink (or type) your answers.*]

-FILED-
MAR 02 2026
At ________ M
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

Mack Anthony Goodwin
[*You are the* **PLAINTIFF**, *print your full name on this line.*]

v.

"Elkhart county" [illegible] ET. AL
[*The* **DEFENDANT** *is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.*]

Case Number 3:26-cv-275
[*For a new case in this court, leave blank. The court will assign a case number.*]

[*The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.*]

## PRISONER COMPLAINT

| # | Defendant's Name and Job Title | Work Address |
|---|---|---|
| 1 | [*Put the defendant named in the caption in this box.*] Dan milanese Elkhart City Police Chief | 175 waterfall. DR. Elkhart, IN, 46516 |
| 2 | [*Put the names of any other defendants in these boxes.*] "Karl miller", "Officer Smith" (EPD) "mayor Roberson" (6 John Does) officers | 175 waterfall. DR. Elkhart, IN, 46516 |
| 3 | Jeff Siegel - Sheriff ECSD<br>David Lanzen Sheriffs ECSD | 26861 CR. 26 Elkhart, IN, 46517 |

[illegible] ECSD

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

Prisoner complaint (continued)

| | Defendants name & job title | Work address |
|---|---|---|
| 4 | BarB FitzgeralD ECSD | 26861 CR.26 Elkhart, IN, 46517 |
| 5 | Kristine OsterDay Judge Supcourt #1 | 1905 Reliance RD. goshen, IN, 46528 |
| 6 | Vickie. becker | @ unknown Elkhart, IN, 46516 |

*[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and work address of each defendant in a separate box as shown here.]*

1. How many defendants are you suing? 15

2. What is the name and address of your prison or jail? Branchville correctional facility @ branchville correctional Facility 21390 OLD ST. RD. 37, branchville IN 47514

3. Did the event you are suing about happen there? ◯ Yes. ● No, it happened at: Elkhart City jail, and Elkhart County Sheriffs Dept.

4. On what date did this event occur? (3-2-2022) to (1-26-2025)

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

**DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how each defendant violated your rights.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT**: Include social security numbers, dates of birth, or the names of minors.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. *[The first paragraph has been numbered for you.]*

1. Officer "Karl miller" STopped me on (3-2-22) by name outSide my apt. asked For my ID I said obviously you know who I am ur at my apt. and called me By name." he Then told me (i stopped at his apt last night) (3-1-22) he asked why I Thought it was a (ms. millers) apt. he Then Ran my name For warrants and 5mins later Let me go From "EPD" Parking garage 5-10mins later 6-8 cops STopped me on Main ST. Officer "miller" "Smith" and "6 john Does" Pulled guns on me telling me.

*[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]*

I had a warrant For my arrest. I Said impossible (FBI) DID Check on me in (January) aswell Mr. Miller DID on (3-1-22) how he knew my name and address. To Stop me on (3-2-22) he DID (COTUS) (warrant) Check and Released me So (2) background checks in 12 hours. as well as FBI at end OF January So (3) Background checks in (30 Days) (1st) They SaiD a Elkhart county warrant I Then aDvised Them i've never been arrested anywhere but (Elkhart, IN) you must have wrong (Mark Goodwin) (Tees 3) I ToID Them to confirm the warrant. They then (2nD) time Say goshen city warrant I Say I've never been in trouble in goshen, Then I ask To confirm warrants ("DOB") or (SSN #) They then tell me my DOB is 2-11-81 thats my GirlFrienDs BirthDay

Claims and Facts (continued)

They then tackle me into (SUV) arrest me Recover .25grms OF methaphetamine under "wrongful" arrest "Fruits OF (Poisonus tree) They Say take it up with Prosecutor, And The judge. I am ChargeD with "level 6 Possession" and "amisDemenor Resisting arrest" Took To city jail ask unknown CPL & Sgt to Release me they DiDnt then transporteD me

To Elkhart County Sheriffs Dept, I asked For my Charge They Said level 6 meth possession, I asked For bond They Said no bond, then Several hours Later (Barb Fitzgerald) Read me a warrant For a 3½ yr old case 20D01-F6-1201- That I completed at and was Release From (Elkhart county Sheriffs Dept in 2021) I told Fitzgerald She Said no "Capt Lanzen" wouldnt talk to me neither would "Jeff Siegel" judge Kristine Osterday wouldnt Release me and Vickie becker threw all kinds of Charges on me For 2weeks Straight to bury me! (20D01-2202-F5) (20D01-2202 F5, 20D01-F6-2203) (20D01-CM-2203) as well as habitual criminal offender so on 3-1-22 no warrants (3-2-22) on my way to work "RailRoaded" and by 3-10-22 I was Facing 22yrs in Prison I was Forced to (Sign 4yrs DOC) as well as 3months on Resisting violation on Case 4½ yrs. (1550 Days) "TOTAL" I asked mayor Roberson "To Release me" "The Governor" "Miss becker" and "Dan milanese" They have RailRoaded me and arrested me Several times

"Illegally" Look at my case in Gov markanthony Cockrum DOB 8-20-90" There is "3" "warrantless" "arrest warrants" Signed off on By Different judges with "charging information" (no charge applicable) "Probable cause" "misc-criminal" between "2019-2023"

5. When did this event happen?

- ● Before I was confined.
- ● While I was confined awaiting trial.
- ● After I was convicted while confined serving the sentence.
- ○ Other: all the aBove.

6. Have you ever sued anyone for this exact same event?

- ● No.
- ○ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

7. Could you have used a prison grievance system to complain about this event?

- ● No, this event is not grievable at this prison or jail.
- ○ Yes, I filed a grievance and attached is a copy of the response from the final step.
- ○ Yes, this event was grievable, but I did not file a grievance because ______

8. If you win this case, what do you want the court to order the defendant(s) to do?

*[NOTE: A case filed on this form will not overturn your conviction or change your release date.]*

Make Them Resign From positions OF authority and Pay Plaintiff 1.5 million Dollars (\$1,500,000 apeace) For 4½ yrs OF my life They Stole From me and Knowingly Continually to Do So to (poor People's)

*[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]*

[*Initial Each Statement*]

MG I will pre-pay the filing fee OR file a prisoner motion to proceed in forma pauperis.

MG I will keep a copy of this complaint for my records.

MG I will promptly notify the court of any change of address.

MG I WILL NOT send more than one copy of any filing to the court.

MG I WILL NOT send summons, USM-285, or waiver forms to the clerk.

MG I declare **under penalty of perjury** that the statements in this complaint are true.

I placed this complaint in the prison mail system on 2/28/2026 at _______ am/pm.

[*Do not fill in this date and time until you give the complaint to prison officials to send to the court.*]

Mark GooDwin

Signature

268176

Prisoner Number

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

MarkGooDwin #268126
"Branchville correctional facility"
Branchville correction Facility
21390 OlD. ST. RD. 37
Branchville, IN, 47514

FIRST-CLASS
US POSTAGE PITNEY BOWES
ZIP 47514 $ 002.17⁰
02 7W
0008028330 FEB. 26 2026

"Robert ~~[illegible]~~" "FeDeral courthouse"

204. S. main ST.

Southbend, IN, 46601

LEGAL MAIL